# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-50895
Case Name: GAS & OIL, INC.
Trustee Name: Robert S. Thomas II

**Balance on hand:** $ 566,365.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 566,365.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert S. Thomas II | 32,336.71 | 0.00 | 32,336.71 |
| Trustee, Expenses - Robert S. Thomas II | 458.98 | 0.00 | 458.98 |
| Charges, U.S. Bankruptcy Court | 500.00 | 0.00 | 500.00 |

Total to be paid for chapter 7 administration expenses: $ 33,295.69
Remaining balance: $ 533,069.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 533,069.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $972,551.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | OHIO BUREAU OF WORKERS' COMPENSATION | 58,404.53 | 0.00 | 32,012.38 |
| 14P | City of Akron Tax Department | 1,738.98 | 0.00 | 953.16 |
| 15P | Ohio Department of Taxation | 869,602.40 | 0.00 | 476,641.91 |

**UST Form 101-7-TFR (10/1/2010)**

| | 23P | Ohio Department of Taxation | 42,804.93 | 0.00 | 23,462.01 |
|---|---|---|---|---|---|
| ✗ | 29P | INTERNAL REVENUE SERVICE | 0.74 | 0.00 | 0.41 |

Total to be paid for priority claims: $ 533,069.87
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,636,709.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Frito-Lay, Inc. | 1,940.16 | 0.00 | 0.00 |
| 2 | OHIO BUREAU OF WORKERS' COMPENSATION | 59,315.13 | 0.00 | 0.00 |
| 3 | Western Reserve Group | 68,376.39 | 0.00 | 0.00 |
| 4 | Seven Up of Cleveland | 1,659.40 | 0.00 | 0.00 |
| 5 | United States Department of Labor, Wage and Hour D | 60,103.04 | 0.00 | 0.00 |
| 7 | The Service Delivery Co. | 114.80 | 0.00 | 0.00 |
| 8 | Dan Dee Pretzel | 879.99 | 0.00 | 0.00 |
| 9 | Herron Foods | 262.69 | 0.00 | 0.00 |
| 10 | McKee Food Corporation | 1,713.41 | 0.00 | 0.00 |
| 11 | Canal Fulton Provision | 534.39 | 0.00 | 0.00 |
| 12 | Ohio Environmental Protection Agency | 10,000.00 | 0.00 | 0.00 |
| 13 | Ohio Bur. of Underground Storage Tank Regulations | 0.00 | 0.00 | 0.00 |
| 15U | Ohio Department of Taxation | 152,472.08 | 0.00 | 0.00 |
| 16 | Smith's Dairy | 3,726.14 | 0.00 | 0.00 |
| 17 | Tommy G. Thornberry | 428.22 | 0.00 | 0.00 |
| 18 | Public Utilities Commission of Ohio | 121.51 | 0.00 | 0.00 |
| 19 | Republic Waste | 0.00 | 0.00 | 0.00 |
| 20 | State of Ohio, Environmental Protection Agency | 2,288.77 | 0.00 | 0.00 |
| 21 | State of Ohio, Emergency Response Commission | 2,869.18 | 0.00 | 0.00 |
| 22 | Ohio Department of Commerce | 452.63 | 0.00 | 0.00 |

*[Handwritten: Ck #111, receipt #82332]*

**UST Form 101-7-TFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | Joseph Moneskey, Trustee | 894,103.46 | 0.00 | 0.00 |
| 25 | Joseph Moneskey | 375,150.00 | 0.00 | 0.00 |
| 26 | Nickles Bakery | 198.23 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 519,080.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Utica Mutual Insurance Company | 19,080.88 | 0.00 | 0.00 |
| 28 | Angela DeCaprio | 500,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 295,727.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | OHIO BUREAU OF WORKERS' COMPENSATION | 2,271.36 | 0.00 | 0.00 |
| 14U | City of Akron Tax Department | 640.68 | 0.00 | 0.00 |
| 15U | Ohio Department of Taxation | 280,015.71 | 0.00 | 0.00 |
| 23U | Ohio Department of Taxation | 8,000.00 | 0.00 | 0.00 |
| 29U | INTERNAL REVENUE SERVICE | 4,800.19 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)